No. 680. UNITED STATES *v.* H. B. NELSON CONSTRUCTION CO. April 17, 1939. Petition for writ of certiorari

to the Court of Claims denied. *Solicitor General Jackson* for the United States. *Mr. S. Wallace Dempsey* for respondent.